# Law Offices of
# Shapiro & Burson, LLP

June 15, 2011

STEPHEN CARLSON
708 QUEEN ELIZABETH DRIVE
Virginia Beach, VA 23452

RE: Property Address: 708 QUEEN ELIZABETH DRIVE, Virginia Beach, VA 23452
Holder: WELLS FARGO BANK, NA;
Loan #: 8991460
S&B File #: 11-220049V

Dear Mortgagor(s):

Because the above-referenced loan is in default, it has been referred to our office by the referenced mortgage lender. Please read all of the pages of this correspondence to make sure you understand your rights and alternatives.

On behalf of the referenced deed of trust beneficiary, you are hereby notified that the promissory note or other evidence of indebtedness secured by the deed of trust on the subject property is unavailable at this time. A request for sale of the subject property will be made of the trustee or substitute trustees appointed or to be appointed under the deed of trust upon the expiration of fourteen (14) days from the date of mailing this notice. If the beneficiary has already made such a request, such request will be confirmed by the trustees or substitute trustees upon expiration of the fourteen (14) day period. If you believe that you may be subject to a claim by a person other than the beneficiary to enforce this note, you may petition the circuit court of the city or county where the property or some part thereof lies for an order requiring the beneficiary to provide adequate protection against any such claim. The name of the substitute trustee who will be appointed or who has been appointed is Professional Foreclosure Corporation of Virginia, whose address is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

You may have the right to stop any foreclosure sale which may be scheduled by bringing the referenced loan current. You must pay all of the past-due mortgage payments and late charges and you must pay all fees and costs associated with foreclosure. If you want to bring the referenced loan current and prevent the loss of your property, please contact our Reinstatement Department at (757) 687-8777, or send an Internet E-mail request to requests.vab@logs.com to

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.
NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C. SECTION 362(a), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER

236 Clearfield Avenue, Suite 215, Virginia Beach, Virginia 23462
E-mail REQUESTS.VAB@LOGS.COM
(757) 687-8777  Facsimile (847) 493-7297

Exhibit 1

request exact figures. These figures must be computed and confirmed with the mortgage lender, so allow time for us to confirm them and call you back.

You have the right to pay off the entire loan principal balance and interest and all charges due, including all fees and costs to stop the foreclosure. To obtain pay-off figures, we must have a request sent to this office including the settlement date. Your pay-off request may be sent via facsimile to this office at (757) 687-8810 or via e-mail at Requests.vab@Logs.com (attention Reinstatement Department).

Any and all payments must be made by certified or cashier's check payable to SHAPIRO & BURSON, LLP. Personal checks, money orders and third party checks will NOT be accepted. The figure you are given will be good only until the date given to you. Payment must be received in our office on or before that date by 4:00 p.m. or payment will not be correct and will not be accepted.

**IMPORTANT:**

We want you to know that you may be eligible for certain opportunities that will enable you to bring your loan current. If you wish to keep your property, our client would like to discuss your situation with you and determine what alternatives may be available to avoid foreclosure. (These alternatives may not apply if you have been a debtor in a bankruptcy proceeding; please consult your bankruptcy attorney if that is the case.) These alternatives are voluntary and include:

**Repayment Plan:** The amount past due on your loan would be spread out over a certain period of time. Please contact us immediately at the above email address, fax or telephone number, or mailing address below if you are interested in this alternative.

**Modification:** A loan modification is a written agreement between you and the lender that permanently changes the terms of the loan.

**Deed in lieu of foreclosure:** You would transfer ownership of your home to the lender. You would be given a short period of time to move from your home. You would receive a release or substantial reduction of your debt. You must not have any other mortgages or liens on your property with regard to this alternative.

**Sell your property:** This means that you would sell your property prior to foreclosure. Approval is needed if your sale does not pay off your lender in full.

How do you take advantage of these possible alternatives?

Please contact us at the above email address, telephone number, or fax number or write to us at the address below to inform us that you wish to discuss any of the above alternatives.

The foreclosure action will continue whether or not you respond to this letter. The foreclosure action will continue unless and until your lender determines that you are

eligible for one of these alternatives and an agreement is signed. Completing this form does not in any way affect your rights with respect to the FDCPA.

We recommend that you consult an attorney to preserve your legal rights. If you are represented by an attorney in this matter, please advise us so that we can communicate directly with your attorney.

*If you believe that you are protected by the SERVICEMEMBER'S CIVIL RELIEF ACT please contact us immediately. If you desire protection by virtue of your service in the Armed Forces of the United States, please contact us.*