IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

SUSAN AND STEPHEN CARLSON,
individually, and on behalf of others
similarly situated,

                Plaintiffs,

v.                                  Civil No. 2:12CV255-RBS-DEM

LAW OFFICES OF SHAPIRO,
BROWN & ALT, LLP

and

PROFESSIONAL FORECLOSURE
CORPORATIONOF VIRGINIA,

                Defendants.

## VOLUNTARY DISMISSAL

The Plaintiffs, Stephen Carlson and Susan Carlson, individually and on behalf of others similarly situated, hereby voluntarily dismiss the above-styled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Neither defendant has filed an Answer or Motion for Summary Judgment.  Pursuant to Fed. R. Civ. P. 41(a)(1)(B), this action is dismissed without prejudice.

                                      Respectfully submitted,
                                      STEPHEN AND SUSAN CARLSON

                                      _____/s/_____
                                      Susan M. Rotkis, VSB # 40693
                                      Leonard A. Bennett, VSB # 37523
                                      CONSUMER LITIGATION ASSOC., P.C.
                                      763 J. Clyde Morris Blvd., Suite 1A

Newport News, Virginia 23601
(757) 930-3660
(757) 930-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

Kristi C. Kelly, Esq., VSB #72791
Scott A. Surovell, Esq., VSB # 40278
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
kkelly@siplfirm.com
ssurovell@siplfirm.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

Matthew J. Erausquin, VSB #65434
CONSUMER LITIGATION ASSOC., P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
matt@clalegal.com

Counsel for Plaintiff


CERTIFICATE OF SERVICE

 I certify that this 21st day of June 2012 I filed the foregoing pleading electronically using the CM/ECF system of the Clerk's Office for the Eastern District of Virginia.  The pleading will be sent by NEF to the following:

Bizhan Beiramee, Esquire (VSB # 50918)
Bizhan Beiramee, Esquire, P.C.
6663 B Old Dominion Drive, 3rd Floor

McLean, Virginia 22101
Email: bbeiramee@beiramee.com

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com

Ethan G. Ostroff
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7541
Fax: (757) 687-1541
Email: ethan.ostroff@troutmansanders.com

*Counsel for Defendant*

                                                                /s/
Susan M. Rotkis, VSB #40693
CONSUMER LITIGATION ASSOC., P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
(757) 930-3660
(757) 930-3662 Facsimile